IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN CHARLES McGRIGGS                                      PETITIONER

VS.                          CIVIL ACTION NO. 5:08-cv-228(DCB)(MTP)

RON KING                                                   RESPONDENT

FINAL JUDGMENT

This cause having come before the Court on the defendant's motion to dismiss and on the Report and Recommendation of Magistrate Judge Michael T. Parker, and the Court having adopted the Report and Recommendation and having dismissed this action with prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this cause is DISMISSED WITH PREJUDICE.

SO ORDERED AND ADJUDGED, this the 8th of April, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE